UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENDRY ALBERTO CARILLO-GUTIERREZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, GOLDEN STATE ANNEX, et al.,<br><br>Respondents. | No.  1:26-cv-04242-DAD-JDP<br><br><br>ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DENYING PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER AS HAVING BEEN RENDERED MOOT<br><br>(Doc. Nos. 1, 3) |

On June 3, 2026, petitioner Jendry Alberto Carillo-Gutierrez, A-File No. 246-141-708, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his detention by United States Immigration and Customs Enforcement ("ICE").  (Doc. No. 1.)  Petitioner alleges that he entered the United States without inspection on or about October 3, 2022, was subsequently encountered by immigration authorities, and DHS thereafter exercised its discretionary parole authority to formally parole petitioner into the United States.  (*Id.* at 2.)  On or about March 2, 2026, petitioner was re-detained.  (*Id.* at 3.)  Petitioner seeks his immediate release under the same conditions that he was subject to prior to his re-detention, certain procedures prior to future re-detention, and the awarding of attorney's fees and costs.  (*Id.* at 12–13.)  Also on June 3, 2026, the court set a briefing schedule and ordered that respondents

1

substantively address whether any provision of law or fact in this case would distinguish it from the circumstances addressed this court's decisions in *Ayala Cajina v. Wofford*, No. 1:25-cv-01566-DAD-AC (HC), 2025 WL 3251083 (E.D. Cal. Nov. 21, 2025); *Perez v. Albarran*, No. 1:25-cv-01540-DAD-CSK (HC), 2025 WL 3187578 (E.D. Cal. Nov. 14, 2025); *Chavarria v. Chestnut*, No. 1:25-cv-01755-DAD-AC (E.D. Cal. Dec. 9, 2025); *Yang v. Kaiser*, No. 2:25-CV-02205-DAD-AC (HC), 2025 WL 2791778 (E.D. Cal. Aug. 20, 2025); *Quichimbo-Jimenez v. Warden, California City Correctional Center*, 2:26-cv-00739-DAD-EFB (HC), 2026 WL 679378 (E.D. Cal. Mar. 10, 2026); *Cardenas v. Chestnut*, et al., No. 1:26-cv-02073-DAD-SCR (HC), 2026 WL 785871 (E.D. Cal. Mar. 20, 2026); or *J.P.C. v. Chestnut, et al.*, 1:26-cv-02108-DAD-JDP, 2026 WL 788129 (E.D. Cal. Mar. 20, 2026).  (Doc. No. 6.)

On June 4, 2026, respondents filed their answer to the petition for writ of habeas corpus. (Doc. No. 8.)  Therein, respondents state that "there appears to be no substantive differences in the instant matter from the cases cited by the court in its minute order[.]"  (*Id.* at 1.)  In addition, "[r]espondents do not oppose the Court ruling on the habeas petition without further briefing." (*Id.*)

Accordingly, pursuant to the court's reasoning as stated in the above-cited orders and which is adopted herein, the court will grant in part the petition for writ of habeas corpus.

For the reasons explained above,

1.    Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED in part;

    a.  Respondents are ORDERED to immediately release petitioner Jendry Alberto Carillo-Gutierrez, A-File No. 246-141-708, from respondents' custody on the same conditions he was subject to immediately prior to his recent re-detention;

    b.  Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner notice and a pre-detention hearing before an immigration judge where respondents will have the burden of demonstrating by clear and convincing evidence that petitioner is a danger to the community or a flight risk;

    c. Petitioner's request for attorney's fees and costs is DENIED without prejudice to bringing a properly noticed and supported motion;

2. Petitioner's motion for a temporary restraining order (Doc. No. 3) is hereby DENIED as having been rendered moot in light of this order granting him habeas relief;

3. The Clerk of the Court is directed to serve a copy of this order on the Golden State Annex; and

4. The Clerk of the Court is also directed to ENTER judgment in favor of petitioner and to CLOSE this case.

IT IS SO ORDERED.

Dated:  **June 5, 2026**         _Dale A. Drozd_

                                 DALE A. DROZD
                                 UNITED STATES DISTRICT JUDGE